## JONES *v.* KNOTTS.

[70 South. 701.]

TRIAL. *Direction of verdict. When proper.*

Where plaintiff proved a good cause of action by the testimony he offered and there was a conflict in the evidence offered by the plaintiff and defendant, the cause should have gone to the jury, and the trial judge was in error in granting a peremptory instruction for the defendant.

APPEAL from the circuit court of Jasper county.

HON. W. H. HUGHES, Judge.

Suit by L. J. Jones against H. J. Knotts and others. From a judgment on peremptory instruction for defendants, plaintiff appeals.

Plaintiff brought suit in the circuit court against defendants for damages alleged to have been done to his land by surface water diverted onto it from the land of defendants by a ditch dug by defendants. After the testimony was in, the court gave a peremptory instruction for defendants.

*H. L. Austin* and *J. C. Ward,* for appellant.

*Thigpen & Huddleston,* for appellee.

HOLDEN, J., delivered the opinion of the court.

The plaintiff in the court below proved a good cause of action by the testimony he offered, and, as there was a conflict in the evidence offered by the plaintiff and the defendants below, the cause should have gone to the jury, and the trial judge erred in granting a peremptory instruction for the appellees.

Therefore the case is reversed.

*Reversed and remanded.*